**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HAROLD JEAN-BAPTISTE,

*Plaintiff*,

v.

DEPARTMENT OF JUSTICE, et al.,

*Defendants*.

Civil Action No. 1:23-cv-1345 (CJN)

**ORDER**

*Pro se* plaintiff Harold Jean-Baptiste has filed yet another complaint alleging that he has been targeted by the FBI. *See*, *e.g.*, *Jean-Baptiste v. DOJ*, No. 23-cv-1054, 2023 WL 336770, at *1 (D.D.C. May 31, 2023) (dismissing complaint for lack of subject matter jurisdiction because it was frivolous); *Jean-Baptiste v. DOJ*, No. 23-cv-2298, ECF No. 18 (prohibiting Jean-Baptiste from filing new actions without first obtaining leave).

Jean-Baptiste's "allegations regarding a federal government conspiracy" against him have previously been dismissed "for patent insubstantiality." *Jean-Baptiste*, 2023 WL 336770, at *1 (quoting *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009)) (explaining that patently insubstantial complaints must be dismissed *sua sponte* for lack of subject-matter jurisdiction); *see also Hagans v. Lavine*, 415 U.S. 528, 536 (1974) (stating that Courts cannot exercise subject-matter jurisdiction over complaints that are "so attenuated and unsubstantial as to be absolutely devoid of merit" (cleaned up); *Best v. Kelly*, 39 F.3d 328, 330 (D.C. Cir. 1994). This complaint is

more of the same, so the result is the same: The Court will dismiss for lack of subject-matter jurisdiction.[1]

It is therefore **ORDERED** that the case is **DISMISSED** for lack of jurisdiction.

The Clerk is directed to terminate this case.

This is a final appealable order.

DATE: August 6, 2024

CARL J. NICHOLS
United States District Judge

[1] Jean-Baptiste's motion for sanctions, ECF No. 19, is also frivolous and is also denied.